JEAN E. WILLIAMS
Acting Assistant Attorney General
Environment & Natural Resources Division
SEAN C. DUFFY (NY Bar. No. 4103131)
Trial Attorney
United States Department of Justice
Natural Resources Section
150 M Street NE
Washington, DC 20002
Telephone: (202) 305-0445
Facsimile:  (202) 305-0506
sean.c.duffy@usdoj.gov

**UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PENDLETON DIVISION**

| | |
|---|---|
| BLUE MOUNTAINS BIODIVERSITY PROJECT,<br><br>             Plaintiff,<br><br>       v.<br><br>SHANE JEFFRIES, in his official capacity as Ochoco National Forest Supervisor; and UNITED STATES FOREST SERVICE,<br><br>             Defendants. | No. 2:20-cv-2158-SU<br><br>**NOTICE OF LODGING OF ADMINISTRATIVE RECORD** |

      Pursuant to the Parties' Joint Proposed Case Management Schedule, ECF No. 9, by and through undersigned counsel, Defendants provide notice of their lodging of the Administrative Record in the above-captioned case.  The Administrative Record lodged with the Court consists of materials compiled by the U.S. Forest Service related to the Walton Lake Restoration Project at issue in this case.

      Attached as Exhibit 1 to this Notice is the Declaration of Veronica Tischer certifying the Administrative Record for the Forest Service.  The documents comprising the Administrative

Record are filed on a single universal serial bus (USB) flash drive, which also contains an index in .pdf format with hyperlinks to the documents.

    Defendants have today sent to the Clerk of Court's Office two hard copies of the USB flash drive containing the Administrative Record. Federal Defendants intend one copy of the Administrative Record for the Clerk of Court's Office and one for the Chambers of Judge Patricia Sullivan.

    In addition, Defendants have today sent two copies of the USB flash drive containing the Administrative Record to Plaintiff's counsel at the addresses set forth below:

Thomas Buchele
Earthrise Law Center
Lewis & Clark Law School
10015 SW Terwilliger Blvd.
Portland OR  97219-7799

Jesse A. Buss
Willamette Law Group
411 Fifth Street
Oregon City, OR 97045-2224

Respectfully submitted:   March 26, 2021

JEAN E. WILLIAMS
Acting Assistant Attorney General
United States Department of Justice

*/s/ Sean C. Duffy*
SEAN C. DUFFY (NY 4103131)
Environment & Natural Resources Division
Natural Resources Section
150 M Street, NE
Washington, DC 20002
Tel:  (202) 305-0445
Fax:  (202) 305-0506
E-mail:  sean.c.duffy@usdoj.gov

*Attorneys for Defendants*