# EXHIBIT 1

JEAN E. WILLIAMS
Acting Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division

SEAN C. DUFFY (NY Bar No. 4103131)
U.S. Department of Justice
Environment & Natural Resources Division
150 M Street NE
Washington, DC 20002
202-305-0445
Fax: 202-305-0506
Email: sean.c.duffy@usdoj.gov
*Attorney for Federal Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## PENDLETON DIVISION

| | |
|---|---|
| BLUE MOUNTAINS BIODIVERSITY PROJECT, *an Oregon non-profit corporation*<br><br>*Plaintiff,*<br><br>v.<br><br>SHANE JEFFRIES, *et al*<br><br>*Federal Defendants.* | Case No.: 2:20-cv-02158-SU<br><br>**CERTIFICATION OF DEFENDANT U.S. FOREST SERVICE'S ADMINISTRATIVE RECORD**<br><br>**DECLARATION OF VERONICA TISCHER** |

I, Veronica Tischer, pursuant to 28 U.S.C § 1746, declare as follows:

1. I am a Paralegal Specialist for the U.S. Department of Agriculture-Forest Service. I have been employed by the Forest Service in the Pacific Northwest Regional Office since December 2020.

2. Under my direction and oversight, the Forest Service compiled and indexed the documents comprising its administrative record underlying the administrative tasks, activities, and constituent steps in which the agency has engaged to decide to implement the Walton Lake

Restoration Project on the Ochoco National Forest. The administrative record has been compiled in an electronic searchable format.

3. To the best of my knowledge and belief, the documents listed in the index are materials that have been considered, either directly or indirectly, by the relevant Forest Service officials in connection with their efforts in carrying out administrative tasks, activities, and constituent steps related to the Walton Lake Restoration Project on the Ochoco National Forest. Each document in the record is a true and correct copy of an original document located in Forest Service files.

4. The documents comprising the Administrative Record are on a thumb drive. The thumb drive contains an acronym list, index, and documents bates numbered AR 0001 – AR 11251.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on this 24th day of March 2021.

*Veronica Fischer*
_____
VERONICA TISCHER
Paralegal Specialist
U.S.D.A. Forest Service
Pacific Northwest Region

Page 2 – DECLARATION OF VERONICA TISCHER-CERTIFICATION OF AR
*BMBP v. Jeffries, et al*, Case No.: 20-CV-2158-SU