Tom Buchele, OSB No. 081560
Earthrise Law Center
10101 S. Terwilliger Blvd.
Portland OR  97219-7799
Telephone: 503-768-6736
Fax: 503-768-6642
E-mail: tbuchele@lclark.edu

Jesse A. Buss, OSB No. 122919
Willamette Law Group
411 Fifth Street
Oregon City OR 97045-2224
Tel: 503-656-4884
Fax: 503-608-4100
Email: jesse@WLGpnw.com

Attorneys for Plaintiff Blue Mountains Biodiversity Project

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| **BLUE MOUNTAINS BIODIVERSITY PROJECT**, an Oregon non-profit corporation;<br><br>            Plaintiff,<br><br>    v.<br><br>**SHANE JEFFRIES**, in his official capacity as Ochoco National Forest Supervisor; and<br>**UNITED STATES FOREST SERVICE**, an agency of the United States Department of Agriculture.<br><br>            Defendants. | Case No. 2:20-cv-2158-SU<br><br>**UNOPPOSED MOTION TO EXTEND TIME TO FILE RULE 12 MOTION TO STRIKE AND/OR TO MAKE MORE DEFINITE AND CERTAIN** |

Page 1:         UNOPPOSED MOTION TO EXTEND TIME TO FILE RULE 12 MOTION

Pursuant to Fed. R. Civ. P. 6(b)(1), Plaintiff Blue Mountains Biodiversity Project (BMBP) moves this Court for an order extending its deadline to file a motion to strike and/or make more definite and certain against Defendants' Answer pursuant to Fed. R. Civ. P. 12(f) & (e), respectively. BMBP requests a four-day extension from May 3rd to May 7th. The parties have conferred, and Defendants do *not* oppose this request.

The reason for the requested extension is that the parties are engaged in ongoing conferral regarding the anticipated motion to strike and/or make more definite and certain, and they need more time to complete their conferral which, if successful, will obviate any need to file a Rule 12 motion.

Respectfully submitted this 3rd day of May 2021.

*/s/ Jesse A. Buss*
Jesse A. Buss, OSB # 122919
Willamette Law Group
411 Fifth Street
Oregon City OR 97045-2224
Tel: 503-656-4884
Fax: 503-608-4100
Email: jesse@WLGpnw.com

*/s/ Tom Buchele*
Thomas Buchele, OSB No. 081560
Earthrise Law Center
Lewis & Clark Law School
10101 S. Terwilliger Blvd.
Portland OR 97219-7799
Telephone: 503-768-6736
Fax: 503-768-6642
E-mail: tbuchele@lclark.edu

*Attorneys for Plaintiff Blue Mountains Biodiversity Project*