Tom Buchele, OSB No. 081560
Earthrise Law Center
10101 S. Terwilliger Blvd.
Portland OR  97219-7799
Telephone: 503-768-6736
Fax: 503-768-6642
E-mail: tbuchele@lclark.edu

Jesse A. Buss, OSB No. 122919
Willamette Law Group
411 Fifth Street
Oregon City OR 97045-2224
Tel: 503-656-4884
Fax: 503-608-4100
Email: jesse@WLGpnw.com

Attorneys for Plaintiff Blue Mountains Biodiversity Project

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| **BLUE MOUNTAINS BIODIVERSITY PROJECT**, an Oregon non-profit corporation; <br><br> Plaintiff, <br><br> v. <br><br> **SHANE JEFFRIES**, in his official capacity as Ochoco National Forest Supervisor; and **UNITED STATES FOREST SERVICE**, an agency of the United States Department of Agriculture; <br><br> Federal Defendants. | Case No. 2:20-cv-2158-SU <br><br> **JOINT STIPULATION REGARDING ISSUES RELATED TO JULY 29TH HEARING** |

Page 1:   JOINT PROPOSED INITIAL CASE MANAGEMENT SCHEDULE

The parties through their counsel have conferred after the July 23, 2021 status conference with the Court and have agreed to the following stipulations that may be relevant to the hearing scheduled for July 29, 2021:

1. Plaintiff will be filing a motion for a preliminary injunction on or before August 19, 2021. Defendants will file their response on or before September 9, 2021, and Plaintiff will file its reply on or before September 30, 2021.

2. The parties agree that Defendants' Motion to Set a Briefing Schedule (ECF No. 29) is now moot because of the passage of time and because Plaintiff will soon be filing a motion for a preliminary injunction. Therefore, said motion need not be addressed during the July 29th hearing.

Respectfully submitted this 28TH day of JULY 2021.

| | |
|---|---|
| *s/Thomas Buchele* | JEAN E. WILLIAMS |
| Thomas Buchele, OSB No. 081560 | Deputy Assistant Attorney General |
| Earthrise Law Center | |
| Lewis & Clark Law School | *s/Sean C. Duffy* |
| 10101 S. Terwilliger Blvd. | SEAN C. DUFFY |
| Portland OR 97219-7799 | United States Department of Justice |
| Telephone: 503-768-6736 | Environment and Natural Resources Division |
| Fax: 503-768-6642 | Natural Resources Section |
| E-mail: tbuchele@lclark.edu | 150 M Street NE |
| | Washington, DC 20002 |
| *s/Jesse A. Buss* | Tel: 202-305-0445 |
| Jesse A. Buss, OSB # 122919 | Fax: 202-305-0506 |
| Willamette Law Group | sean.c.duffy@usdoj.gov |
| 411 Fifth Street | |
| Oregon City OR 97045-2224 | *Attorneys for Federal Defendants* |
| Tel: 503-656-4884 | |
| Fax: 503-608-4100 | |
| Email: jesse@WLGpnw.com | |

Page 2:   JOINT PROPOSED INITIAL CASE MANAGEMENT SCHEDULE

*Attorneys for Plaintiff Blue Mountains Biodiversity Project*

Page 3:     JOINT PROPOSED INITIAL CASE MANAGEMENT SCHEDULE