

UNITED STATES DISTRICT COURT
District of Oregon

# NOTICE OF JUDICIAL REASSIGNMENT

| | |
|---|---|
| Date of Reassignment: | August 20, 2021 |
| Case Number: | 2:20−cv−02158−MO |
| Case Title: | Blue Mountains Biodiversity Project v. Jeffries et al |

**(A)  Case Reassignment:** In accordance with the Court's Case Management Plan, the above−captioned case has been reassigned from the Honorable Patricia Sullivan to the Honorable Michael W. Mosman, United States District Judge. Information on this case may be obtained from the following:

    Courtroom Deputy:    Dawn Stephens 503−326−8024
                                   Kara Scheele 503−326−8031
                                   Email:  chambers_mosman@ord.uscourts.gov

    Docket Information:    Telephone:  503−326−8050

**(B)  Place of Filing:** Unless electronically filed, an original and copy of all documents will be filed with the Clerk's Office, Mark O. Hatfield U.S. Courthouse, 1000 S.W. Third Ave., Portland, OR, 97204.

**(C)  Change to the Case Number:** Effective immediately, Judge Mosman's initials (MO) will replace the previous judge's initials in this case.

                                                              **MARY L. MORAN**
                                                              **Clerk of Court**

cc:    Judge Mosman
        Counsel of Record