Tom Buchele, OSB # 081560
Earthrise Law Center
10101 S. Terwilliger Blvd.
Portland OR  97219-7799
Tel: 503-768-6736
Fax: 503-768-6642
Email: tbuchele@lclark.edu

Jesse A. Buss, OSB # 122919
Willamette Law Group
411 Fifth Street
Oregon City OR 97045-2224
Tel: 503-656-4884
Fax: 503-608-4100
Email: jesse@WLGpnw.com

Attorneys for Plaintiff Blue Mountains Biodiversity Project

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| **BLUE MOUNTAINS BIODIVERSITY**, **PROJECT,** an Oregon nonprofit corporation, | Case No. 2:20-cv-2158-MO |
| Plaintiff, | **SUPPLEMENTAL DECLARATION OF PAULA HOOD** |
| v. | |
| **SHANE JEFFRIES**, in his official capacity as Ochoco National Forest Supervisor; and **UNITED STATES FOREST SERVICE**, an agency of the United States Department of Agriculture, | |
| Defendants. | |

I, Paula Hood, state and declare as follows:

1. I reside in Oregon and my mailing address is 1560 Chambers Street, Eugene, Oregon 97402. I have personal knowledge of the facts set forth below.

2. I am one of the Co-Directors of the Blue Mountains Biodiversity Project ("BMBP") and I have served in this role since 2014 (approximately 8 years).

3. BMBP is a nonprofit environmental advocacy organization dedicated to the conservation of natural ecosystems in the Blue Mountains and the native flora and fauna they harbor.

4. The testimony in my August 17, 2021 Declaration, ECF 43, remains accurate. This supplemental declaration will provide additional facts to address issues raised by the Defendants in their recent filing opposing BMBP's Motion for a preliminary injunction. ECF 49.

5. Although BMBP did enjoy a relatively small surplus over the past few years, that was caused in part by a two-year, $20,000 per year, ear-marked donation that BMBP received for 2019 and 2020. BMBP has spent that money for its intended purpose and this donation will not reoccur.

6. Fundraising for non-profits generally has been adversely impacted by the COVID pandemic, and BMBP is no exception. So far in 2021, BMBP's revenues are only $56,487.83, which is significantly less than its anticipated expenses for 2021. BMBP has pending grant applications and fundraising efforts planned for the remaining months in 2021, but has no additional specific, guaranteed future revenue for this year. BMBP in fact must struggle to pay its basic operating expenses and to cover small litigation costs like filing fees every year. A bond in the amount suggested by the defendants, $10,000, would be about 18% of BMBP's total revenues so far in 2021.

7. In light of these financial realities, requiring BMBP to post anything more than a nominal bond would in fact chill BMBP's future ability to initiate litigation in support of its forest protection mission. BMBP might not be able to afford even paying for filing fees and other ordinary costs associated with litigation, in 2021 and likely also in 2022.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 10th day of September, 2021.

<u>s/Paula Hood</u>

Paula Hood
Co-Director
Blue Mountains Biodiversity Project

Page 3 of 3 – SUPPLEMENTAL DECLARATION OF PAULA HOOD