UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PENDLETON DIVISION

**BLUE MOUNTAINS BIODIVERSITY**              Case No. 2:20-cv-2158-MO
**PROJECT,** an Oregon non-profit corporation,

          Plaintiff,                          **PRELIMINARY INJUNCTION**

    v.

**SHANE JEFFRIES**, in his official capacity
as Ochoco National Forest Supervisor; and
**UNITED STATES FOREST SERVICE**,
an agency of the United States Department
of Agriculture,

          Defendants.

_____

    For the reasons stated on the record at oral argument on September 29, 2021, Plaintiff's

Motion for Preliminary Injunction [41] is GRANTED. Defendants Shane Jeffries and United

States Forest Service are enjoined from allowing or implementing any of the commercial

sanitation logging authorized in units 2, 3, and 4, or commercial thinning authorized in units 1–5

by the December 7, 2020, Decision Notice for the Walton Lake Restoration Project and Project-

Specific Forest Plan Amendments. This Order does not apply to the removal of hazard trees near

campsites or along roads, pursuant to the Field Guide for Hazard-Tree Identification and

Mitigation on Developed Sites in Oregon and Washington Forests (Filip *et al.* 2014) (AR 4630–

4751).

1 – OPINION AND ORDER

Pursuant to FRCP 65(d)(2), the Order binds the parties, the parties' officers, agents, employees, and attorneys, and any other person who is in active concert or participation with a party.

IT IS SO ORDERED.

DATED this ___13___ day of October 2021.


*Michael W. Mosman*

Hon. Michael W. Mosman
United States District Judge

2 – OPINION AND ORDER