Ex. 1

TODD KIM
Assistant Attorney General
Environment & Natural Resources Division

SEAN C. DUFFY (NY Bar No. 4103131)
Trial Attorney
Natural Resources Section
150 M Street NE
Washington, DC 20002
Tel: (202) 305-0445 / Fax: (202) 305-0506
sean.c.duffy@usdoj.gov

*Attorneys for Federal Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| BLUE MOUNTAINS BIODIVERSITY PROJECT,<br><br>            Plaintiff,<br><br>v.<br><br>SHANE JEFFRIES, in his official capacity as Ochoco National Forest Supervisor; and UNITED STATES FOREST SERVICE, an agency of the United States Department of Agriculture<br><br>            Defendant, | Case No. 2:20-cv-02158-SU<br><br>SECOND DECLARATION OF SHANE JEFFRIES |

I, Shane Jeffries, pursuant to 28 U.S.C § 1746, declare the following to be true and correct:

1. I am the Forest Supervisor for the Ochoco National Forest. I have been in this position since January 2018. As noted in my first declaration (ECF No. 49-1), I am the

Page 1 of 2 – Second Declaration of Shane Jeffries, *Blue Mountains Biodiversity Project v. Jeffries*, Case No. 2:20-cv-2158-SU

Ex. 1

Responsible Official for the Walton Lake Restoration Project and Project-Specific Forest Plan Amendments (project).

2. The Walton Lake Campground will close to the public on October 15, 2022. Implementation of the commercial harvest and slash treatment elements of the project could begin the week of October 23, 2022. It is likely to take the contractor approximately six weeks to complete this work. As discussed in my first declaration, this anticipated timing could be disrupted by unfavorable conditions on the ground because operations with equipment cannot occur when the ground is too wet or when snow accumulates beyond a certain depth.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 13th day of October, 2022.

_____
A. Shane Jeffries
Forest Supervisor
Ochoco National Forest