IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**BLUE MOUNTAINS BIODIVERSITY PROJECT**,

        Plaintiff,

v.

**SHANE JEFFRIES, et al.,**

        Defendants.

No. 2:20-cv-02158-MO

JUDGMENT

**MOSMAN, J.,**

On July 25, 2022, I held oral argument on Plaintiff's Motion for Summary Judgment [ECF 66] and Defendants' Cross Motion for Summary Judgment [ECF 67]. For the reasons stated on the record, I granted Defendants and denied Plaintiff summary judgment on all claims and counts except for Claim 1, Count 1. *See* Minute Order [ECF 80]. On Claim 1, Count 1, I granted Defendants and denied Plaintiff summary judgment as to Plaintiff's theory regarding the March 2020 extension. But I granted Plaintiff and denied Defendants summary judgment on that same claim and count as to Plaintiff's theory that Plaintiff received inadequate notice for a June 2019 NEPA-related meeting. On September 26, 2022, I issued an Opinion and Order granting Defendants and denying Plaintiff summary judgment on all remaining claims and counts. Op. & Order [ECF 82].

Given their near-complete success on the merits, Defendants moved to dissolve the Preliminary Injunction [ECF 60] that prevented the Service from logging. Mot. to Dissolve Inj. [ECF 84]. In response, Plaintiff moved to remand and vacate Defendants' Decision Notice,

1 – JUDGMENT

arguing that its success on one of its theories on Claim 1, Count 1 entitled it to such a remedy. Mot. for Remand with Partial Vacatur [ECF 89]. Plaintiff simultaneously, and in the alternative, moved to stay any order I might issue dissolving the Preliminary Injunction. Emergency Mot. for Stay of Order Dissolving Prelim. Inj. [ECF 90]. I held an expedited hearing on these motions on October 24, 2022.

For the reasons stated on the record at the hearing on October 24, 2022, I denied Plaintiff's Motion for Remand with Partial Vacatur. I granted Defendants' Motion to Dissolve the Injunction, but also granted Plaintiff's motion to stay that order dissolving the injunction. That stay is in effect until the Ninth Circuit decides any emergency motion for a stay pending appeal. *See* 9th Cir. Rs. 27-2, 27-3.

Therefore, pursuant to (1) the Minute Order [ECF 81] and the reasons stated on the record at Oral Argument on July 25, 2022; (2) the Opinion and Order dated September 26, 2022; and (3) the Minute Order [ECF 92] and the reasons stated on the record at the expedited hearing on October 24, 2022, it is hereby ORDERED AND ADJUDGED that all claims in the above-captioned action with the exception of Claim 1, Count 1 are DISMISSED WITH PREJUDICE. As discussed above, I GRANTED summary judgment to Plaintiff on Claim 1, Count 1. Plaintiff's Emergency Motion for Injunction Pending Appeal [ECF 91] is DENIED AS MOOT. Any other pending motions are DENIED as moot.

DATED this 2⅚ day of October, 2022.

MICHAEL W. MOSMAN
Senior United States District Judge

2 – JUDGMENT