Tom Buchele, OSB # 081560
Earthrise Law Center
10101 S. Terwilliger Blvd.
Portland OR  97219-7799
Tel:  503-768-6736
Fax: 503-768-6642
Email: tbuchele@lclark.edu

Jesse A. Buss, OSB # 122919
Willamette Law Group
411 Fifth Street
Oregon City OR 97045-2224
Tel:  503-656-4884
Fax: 503-608-4100
Email: jesse@WLGpnw.com

Attorneys for Plaintiff Blue Mountains Biodiversity Project

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| **BLUE MOUNTAINS BIODIVERSITY PROJECT**, an Oregon non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>**SHANE JEFFRIES,** in his official capacity as Ochoco National Forest Supervisor; and **UNITED STATES FOREST SERVICE,** an agency of the United States Department of the Agriculture,<br><br>             Defendants. | CASE No. 2:20-cv-2158-MO<br><br>**NOTICE OF APPEAL FROM JUDGMENT [ECF 93]** |

Notice is hereby given that Plaintiff Blue Mountains Biodiversity Project appeals to the United States Court of Appeals for the Ninth Circuit from the District Court's Judgment, ECF No. 93, entered in this action on October 25, 2022, granting Defendants' Motion to Dissolve Injunction, ECF No. 84, granting Plaintiff's Motion for Stay of Order Dissolving Preliminary Injunction, ECF No. 90, denying Plaintiff's Motion for Remand with Partial Vacatur, ECF No. 89, as well as entering final judgment on all claims.

BMBP further appeals the District Court's decision, ECF No. 58, Sept. 29 Hr'g Tr. 4:10–15, affirming the Magistrate Judge's Order, ECF No. 40, denying Plaintiff's Motion to Compel Completion of the Record, ECF No. 10, which had sought, among other things, a privilege log regarding documents withheld from the administrative record.

Respectfully submitted on this 27th day of October 2022.

*s/Tom Buchele*
Tom Buchele, OSB No. 081560
Earthrise Law Center
Lewis & Clark Law School
10101 S. Terwilliger Blvd.
Portland OR 97219-7799
Tel: 503-768-6736
Fax: 503-768-6642
E-mail: tbuchele@lclark.edu

*s/Jesse Buss*
Jesse A. Buss, OSB # 122919
411 Fifth Street
Oregon City OR 97045-2224
Tel: 503-656-4884
Fax: 503-608-4100
Email: jesse@WLGpnw.com

Attorneys for Plaintiff Blue Mountains Biodiversity Project

1   NOTICE OF APPEAL FROM JUDGMENT [ECF 93]

## CERTIFICATE OF SERVICE

I certify that on October 27, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which send notification of such filing to the following:

jessebuss@gmail.com

tbuchele@lclark.edu

sean.c.duffy@usdoj.gov

efile_nrs.enrd@usdoj.gov

Dated: October 27, 2022.

/s/Tom Buchele
Tom Buchele, OSB # 081560
Counsel for Plaintiff
Blue Mountains Biodiversity Project

2   NOTICE OF APPEAL FROM JUDGMENT [ECF 93]